UNITED FOURTH VEIN COAL COMPANY *v.* WILLIAMS.

[No. 11,058.    Filed June 30, 1921.]

MASTER AND SERVANT.—*Workmen's Compensation Act.—Findings by Industrial Board.—Conclusiveness.*—The finding of facts by the Industrial Board stands upon the same footing as the finding of facts by a trial court or the verdict of a jury, and when such finding is supported by competent evidence it is conclusive on appeal.

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's

Compensation Act by Ephriam Williams against the United Fourth Vein Coal Company. From an award for applicant, the defendant appeals. *Affirmed.*

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor* and *George W. Buff,* for appellant.

*Harold A. Henderson,* for appellee.

NICHOLS, P. J.—We are wholly unable to understand why an appeal should be taken from the Industrial Board in this case, as the only question that is presented for our consideration is as to whether there was sufficient evidence to support a partial dependency. The rule of law is well established that the finding of facts by the Industrial Board stands upon the same footing as the finding of facts by a trial court or the verdict of the jury, and when such finding is supported by competent evidence it is conclusively binding upon this court. We do not need to cite authorities to sustain this proposition. There was ample evidence to sustain the finding and award of the Industrial Board.

The judgment is affirmed.